# United States District Court for the Northern District of Illinois

Case Number: 08cv2633                Assigned/Issued By: j. n.

Judge Name: GOTTSCHALL        Designated Magistrate Judge: COLE

---

## FEE INFORMATION

*Amount Due:*   [✓] $350.00    [ ] $39.00     [ ] $5.00
                [ ] IFP        [ ] No Fee     [ ] Other _____
                [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____           Receipt #: 2758064_____

Date Payment Rec'd: 5-7-08_____  Fiscal Clerk: J. N._____

---

## ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
        (Type of Writ)

_1_ Original and _0_ copies on _5-8-08_ as to CITY OF CHICAGO_____
                                  (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05