# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: **08 CV 02633**

**ROMMELE BROWN**

v.

**CITY OF CHICAGO and UNKNOWN OFFICERS**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CITY OF CHICAGO**

| |
|---|
| NAME (Type or print) <br> **Daniel M. Noland** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> **s/ Daniel M. Noland (ARDC #6231175)** |
| FIRM <br> **Dykema Gossett PLLC** |
| STREET ADDRESS <br> **10 S. Wacker Drive, Suite 2300** |
| CITY/STATE/ZIP <br> **Chicago, IL 60606** |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)     TELEPHONE NUMBER <br> ARDC No. 6231175     (312) 876-1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐ NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2008, I electronically filed the foregoing **Notice of Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Blake Wolfe Horwitz
Abbas Badruddin Merchant
Elliot S. Richardson
Erica E. Faaborg
Horwitz, Richardson & Baker, LLC
20 S. Clark Street
Suite 500
Chicago, IL 60603
(312) 676-2100
(312) 372-7076 (Fax)

s/Daniel M. Noland  (ARDC No. 6231175)
Daniel M. Noland