# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: **08 CV 02633**

**ROMMELE BROWN**

v.

**CITY OF CHICAGO and UNKNOWN OFFICERS**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CITY OF CHICAGO**

| |
|---|
| NAME (Type or print)<br>**Gregory L. Lacey** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>**s/ Gregory L. Lacey (ARDC #6239392)** |
| FIRM<br>**Dykema Gossett PLLC** |
| STREET ADDRESS<br>**10 S. Wacker Drive, Suite 2300** |
| CITY/STATE/ZIP<br>**Chicago, IL 60606** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>ARDC No. 6239392 | TELEPHONE NUMBER<br>(312) 876-1700 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I hereby certify that on **July 8, 2008**, I electronically filed the foregoing **Notice of Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Blake Wolfe Horwitz
Abbas Badruddin Merchant
Elliot S. Richardson
Erica E. Faaborg
Horwitz, Richardson & Baker, LLC
20 S. Clark Street
Suite 500
Chicago, IL 60603
(312) 676-2100
(312) 372-7076 (Fax)

s/Gregory L. Lacey  (ARDC No. 6239392)
Gregory L. Lacey