IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROMMELE BROWN,<br><br>  Plaintiff,<br><br>  v.<br><br>S.T. ROSS #3932, J.R. REGAN #13079, T.M. BICKHAM #284, and the CITY OF CHICAGO, UNKNOWN COOK COUNTY SHERIFF'S DEPUTIES, THOMAS DART, The Cook County Sheriff, in his official capacity, and THE COUNTY OF COOK<br><br>  Defendants. | No. 08-cv-2633<br><br>Judge Gotschall<br><br>Magistrate Judge Cole |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on July 22, 2008, I have caused to be filed with the Clerk of the above Court the attached FIRST AMENDED COMPLAINT.

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF FILING AND FIRST AMENDED COMPLAINT

to be filed electronically with the Clerk of Court through the ECF filing system and that the ECF filing system has notified the following individuals via email:

Terrence Michael Burns     tburns@dykema.com

Blake Wolfe Horwitz
bhorwitz@hrbattorneys.com,lobh@att.net,npeters@hrbattorneys.com,npeters@erlaw.net,mpizarro@hrbattorneys.com,mpizarro@erlaw.net,ovirola@hrbattorneys.com

Paul A. Michalik     pmichalik@dykema.com

Daniel Matthew Noland
dnoland@dykema.com,dspencer@dykema.com,hbarhorst@dykema.com

Elliot S. Richardson
erichardson@erlaw.net,mpizarro@erlaw.net,npeters@erlaw.net,rsorg@erlaw.net,eadame@hrbattorneys.com,ovirola@hrbattorneys.com

Abbas Badruddin Merchant    amerchant@hrbattorneys.com,lobh@att.net

Rachelle M. Sorg    rsorg@erlaw.net,npeters@erlaw.net

                                      s/ Erica Faaborg_____
                                      Erica Faaborg
                                      Horwitz, Richardson & Baker LLC
                                      20 S. Clark Street, Suite 500
                                      Chicago, IL 60603
                                      Phone: (312) 676-2100
                                      Fax: (312) 372-7076