# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ROMMELE BROWN, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 08 C 2633 |
| | ) |
| S.T. ROSS #3932, et al., | ) Judge Gottschall |
| | ) |
| Defendants. | ) Magistrate Judge Cole |

## DEFENDANTS CITY OF CHICAGO'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, City of Chicago ("City"), by its attorney, Terrence M. Burns of Dykema Gossett PLLC, for its motion for an extension of time to answer or otherwise plead to plaintiff's first amended complaint, state as follows:

1.  On July 22, 2008, plaintiff filed his first amended complaint at law. (Dkt. #18). The first amended complaint, in part, added allegations against new defendants including Chicago Police Officers Ross, Regan, and Bickham.

2.  Dykema Gossett PLLC previously was retained and has appeared as counsel for defendant City. Dykema currently is investigating the possibility of representing the individual defendant officers, if and when they are served. The decision as to Dykema's possible representation of these officers has not been finalized at this time.

3.  On July 9, 2008, this Court entered an order granting plaintiff leave to file his amended complaint. (Dkt. #15). In that order, this Court also required defendants to answer or otherwise plead on or before August 25, 2008. Many of plaintiff's claims against the City seek to hold it vicariously liable for the alleged conduct of the defendant police officers. To resolve the representation issues, and to facilitate preparation of an accurate and complete responsive

pleading, the City requests a short extension of time, up to and including September 23, 2008, to file its responsive pleading.

4. The requested extension is not presented for purposes of delay, but to allow defense counsel time to ascertain service, meet with the individual officers, and resolve the representation issues. No prejudice will be suffered by any party as a result of the requested extension.

5. On August 22, 2008, counsel for defendant City, Paul Michalik, had a telephone conversation with Erica Faaborg, counsel for plaintiff. Ms. Faaborg indicated that she had no objection or opposition to this motion.

WHEREFORE, defendant, City of Chicago, requests an extension of time to file its responsive pleading, to and including September 23, 2008, and for any other relief this Court deems appropriate.

Dated: August 22, 2008

Respectfully submitted,

s/ Paul A. Michalik
One of the Attorneys for Defendant,
CITY OF CHICAGO

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Kimberly D. Fahrbach
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
312.876.1700 (telephone)
312.876.1155 (fax)

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2008, I electronically filed the foregoing **Defendant City of Chicago's Motion for Extension of Time** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Blake Wolfe Horwitz
Amanda Sunshine Yarusso
Erica Faaborg
Horwitz, Richardson & Baker LLC
20 S. Clark Street, Suite 500
Chicago, Illinois  60603
312.676.2100 (telephone)
312.372.7076 (facsimile)
lobh@att.net

                                         s/ Paul A. Michalik
                                         Paul A. Michalik

CHICAGO\2501867.1
ID\PAM