IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROMMELE BROWN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>S.T. ROSS #3932, et al., )<br>)<br>Defendants. )<br>) | Case No.:  08 C 2633<br><br>Judge Joan Gottschall<br><br>Magistrate Judge Jeffrey Cole |

## NOTICE OF MOTION (UNOPPOSED)

TO:    Counsel of Record

PLEASE TAKE NOTICE that on **Thursday**, **September 4, 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Joan Gottschall**, in Room 2325 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Defendant's Unopposed Motion for Extension of Time**.

Dated:  August 22, 2008                                Respectfully submitted,


                                                                             s/ Paul A. Michalik
Terrence M. Burns                                       One of the Attorneys for Defendant,
Paul A. Michalik                                           CITY OF CHICAGO
Daniel M. Noland
Kimberly D. Faharbach
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606
312.876.1700 (telephone)
312.876.1155 (fax)

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 22, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Blake Wolfe Horwitz
Amanda Sunshine Yarusso
Erica Faaborg
Horwitz, Richardson & Baker LLC
20 S. Clark Street, Suite 500
Chicago, Illinois  60603
312.676.2100 (telephone)
312.372.7076 (facsimile)
lobh@att.net

                s/ Paul A. Michalik
                Paul A. Michalik

CHICAGO\2501873.1
ID\PAM